UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JESUS PASTRANA GALVEZ, et al.,        :
       :
           Plaintiff,        :        22-CV-1421 (PAE) (OTW)
       :
           -against-        :        **ORDER**
       :
DING DYNASTY LLC, et al.,        :
       :
           Defendants.        :
       :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

It is **ORDERED** that this case is referred to the Court-annexed Mediation Program in accordance with Local Rule 83.9. The parties are directed to participate in the mediation in good faith. The mediation shall be completed by **July 27, 2022**.

The case is stayed pending mediation. The parties are to file quarterly joint status letters on the last Friday of every month, starting with **June 24, 2022.**

SO ORDERED.

*s/ Ona T. Wang*

Dated: May 11, 2022        **Ona T. Wang**
         New York, New York        United States Magistrate Judge