**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
JESUS PASTRANA GALVEZ, et al.,                              :
                                                            :
                          Plaintiff,                        :    22-CV-1421 (PAE) (OTW)
                                                            :
                          -against-                         :    ORDER
                                                            :
DING DYNASTY LLC, et al.,                                   :
                                                            :
                          Defendants.                       :
                                                            :
                                                            :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court is in receipt of the parties' letter dated January 22, 2023. (ECF 27). The in-person status conference scheduled for January 25, 2023 at 11:30 a.m. is hereby converted into a Pre-Settlement Conference Scheduling Call at the same date and time. The dial in information is (866) 390-1828, access code 1582687.

In their last status letter, dated November 28, 2022, the parties represented to the Court that they would continue to engage in settlement discussions with each other. (ECF 25). The parties shall be prepared to discuss with the Court what efforts, if any, they have taken towards resolution of this matter.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: January 24, 2023
   New York, New York

**Ona T. Wang**
United States Magistrate Judge