UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESUS PASTRANA GALVEZ, *on behalf of himself, and other similarly situated employees,*

                        Plaintiff,

-against-

DING DYNASTY LLC, *doing business as* THE HANDPULLED NOODLE, and ANDREW DING, individually,

                        Defendants.

Case No.: 22 cv 1421 (PAE)(OTW)

JUDGMENT

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants DING DYNASTY LLC doing business as THE HANDPULLED NOODLE and ANDREW DING, having offered to allow Plaintiff Jesus Pastrana Galvez ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 3, 2023, and filed as Exhibit "A" to Docket Number 33;

**WHEREAS**, on March 20, 2023, Plaintiffs' attorneys having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Docket 33);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of three thousand dollars ($3,000.00), and the clerk is directed to close the case.

Dated: New York, New York
        March 20, 2023

*Paul A. Engelmayer*, D.J.
Hon. Paul A. Engelmayer